UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRYL D. FISH                              CIVIL ACTION

versus                                      NO. 13-472

JAMES M. LEBLANC                            SECTION: "C" (1)

O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Darryl D. Fish** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 22 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE